2008-91242
FILED

October 23, 2008
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0001470514

1  FRIEND & WALTON
   A PROFESSIONAL LAW CORPORATION
2  RANDALL K. WALTON, ESQ.   (SBN: 155175)
   ANN MARIE FRIEND, ESQ.    (SBN: 173473)
3  P.O. Box 830
   Modesto, California 95353-0830
4  Telephone: (209) 238-0946
   Facsimile: (209) 238-0953

5

6  Attorneys for Debtors,
   RICARDO & GABRIELA SALVADOR

7
                    UNITED STATES BANKRUPTCY COURT
8
                    EASTERN DISTRICT OF CALIFORNIA
9
                           MODESTO DIVISION
10

11 In re:                    )    Case No.: 08-91242
                             )    Chapter 13
12       RICARDO & GABRIELA  )    DC No. FW:01
         SALVADOR,           )
13                           )
                             )    Date:    **August 18, 2008**
14                           )    Time:    **2:00 p.m.**
                             )    Place:   1130 12th Street
15          Debtors.              Courtroom "A"
   _____        Modesto, CA 95354

16

17 ORDER ON MOTION TO VALUE COLLATERAL HELD BY HOMECOMINGS FINANCIAL

18      The motion of debtor to value the collateral of HOMECOMINGS
   FINANCIAL, came before the Court on a continued hearing date of
19 September 29, 2008, in Department "A" of the above-referenced
   court. THE COURT, having considered the moving papers, and
20 evidence in support thereof;

21

22

23

24

25

26

27

28

RECEIVED
October 22, 2008
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0001470514

1

2          IT IS HEREBY ORDERED that: the motion is granted.  The
   replacement value of the collateral and the secured claim of such
3  creditor, HOMECOMINGS FIANCANCIAL is determined to be $.00
     , and the deficiency shall be allowed as a general unsecured
4  claim according to the Proof of Claim filed by said creditor.

5

6

7

8
   DATED:
9  Dated: October 23, 2008              By the Court

10

11

12                                      Michael S. McManus
                                        United States Bankruptcy Judge
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28